# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| Plaintiff, | : | |
| | : | **MAGISTRATE NO.:** 21-mj-685 |
| v. | : | |
| | : | **VIOLATIONS:** |
| **JARED SAMUEL KASTNER,** | : | |
| **LUKE FAULKNER,** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| Defendants. | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol** |
| | : | **Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **Jared Samuel Kastner** and **Luke Faulkner**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **Jared Samuel Kastner** and **Luke Faulkner**, did knowingly, and with intent to impede and disrupt the orderly conduct of

Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>  (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT THREE

On or about January 6, 2021, in the District of Columbia, **Jared Samuel Kastner** and **Luke Faulkner**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

>  (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **Jared Samuel Kastner** and **Luke Faulkner**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Date: December 8, 2021

                                            Respectfully submitted,

                                            MATTHEW GRAVES
                                            UNITED STATES ATTORNEY

By:    *s/ Monica A. Stump*
          MONICA A. STUMP
          PA Bar 90168
          Assistant United States Attorney - Detailee
          Nine Executive Drive
          Fairview Heights, IL 62208
          Tel. No. 618-622-3860
          monica.stump@usdoj.gov

          */s/ Laura E. Hill*
          LAURA E. HILL
          NV Bar No. 13894
          Trial Attorney, Detailee
          175 N Street, NE, 9th Floor
          Washington, D.C. 20002
          (202) 598-3962
          Laura.E.Hill@usdoj.gov