UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-725-RDM |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| LUKE FAULKNER, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States is authorized to represent to the Court that Defendant Faulkner, counsel for Defendant Faulkner, and counsel for Defendant Kastner do not oppose this motion or the entry of the attached protective order; however, Defendant Kastner has not provided an answer on whether he opposes or does not oppose this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Laura E. Hill*
LAURA E. HILL
NV Bar No. 13894
Trial Attorney, Detailee
175 N Street, NE, 9th Floor
Washington, D.C. 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov