UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-725-01 (RDM) |
| | ) | |
| Jared Kastner, *defendant*. | ) | |

ORDER

Upon good cause shown in Defendant's Motion for Review of Conditions of Release and other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of _____, 2022, that, so long as defendant may legally possess firearms pursuant to a valid concealed carry permit issued by the State of Ohio, condition 7(k) of defendant's release order is hereby VACATED

_____
Hon. Randolph D. Moss, District Judge
United States District Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

   Laure E. Hill, Esq.
   U.S. Dept. of Justice-CIV
   By ECF

   Monica A. Stump, Esq.
   U.S. Attorney's Office (D.C.)
   By ECF