# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-cr-725 (RDM) |
| v. | : | |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| LUKE FAULKNER | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Will Widman is entering his appearance in the above-captioned matter as counsel for the United States.

|  |  | Respectfully submitted, |
|---|---|---|
| DATED: April 11, 2022 | | MATTHEW M. GRAVES |
| | | United States Attorney |
| | | D.C. Bar No. 481052 |
| | By: | */s/ Will N. Widman* |
| | | Will N. Widman |
| | | NC Bar No. 48158 |
| | | Trial Attorney, Detailee |
| | | 1301 New York Avenue NW, 8th Floor |
| | | Washington, DC 20530 |
| | | (202) 353-8611 |
| | | Will.Widman@usdoj.gov |