UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR- 725 (RDM) |
| | : |
| JARED KASNTER, ET AL., | : |
| | : |
| Defendants. | : |
| | : |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendants Jared Kastner, Luke Faulkner, and Kenneth Massie, by and through their attorneys, Nate Silver, Kira Anne West, and Stephen Brennwald, respectively, now submit this joint status report, requested by the Court at the last status hearing on February 18, 2022.

1. At the last hearing, the government discussed the state of global discovery and case-specific discovery in this matter. Since that hearing, the government has produced hundreds of case-specific files to the defendants, including law enforcement reports related to the defendants' arrests, reports documenting the defendants' statements to law enforcement, documents summarizing the defendants' criminal history, Capitol CCV footage, and open-source video. The government expects to produce additional discovery in the near future.

2. Also, the government has made all global productions available on the defense instances of Relativity and Evidence.com. To date, over 46,000 documents and over 24,000 video files have been disclosed to the defense in global discovery.

3. The government expects to make additional global productions, which should include, *inter alia*, the scoped results of search warrants conducted on other Capitol riot defendant's electronic devices and social media accounts, recorded custodial interviews of Capitol riot defendants, and additional materials in the custody and control of the FBI that may be relevant to the defendants.

4. The government also expects to begin plea discussions with the defendants in the near future.

5. Given the discovery recently produced, continued production of global discovery, and possible entry into plea negotiations, the parties ask for an additional 60 days to work toward a resolution in this matter.

6. Therefore, the parties ask for leave to submit another joint status report on June 21, 2022. If the parties reach a decision regarding disposition of this matter prior to that date, the parties will notify the Court before June 21, 2022.

7. The parties are in agreement that, due to outstanding discovery and potential plea negotiations, the ends of justice would be served by exclusion of time under the Speedy Trial Act until the proposed next filing before this Court on June 21, 2022. The defendants waive their rights under the Speedy Trial Act and agree to the exclusion of time for the period from today's status report through June 21, 2022.

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        UNITED STATES ATTORNEY
                        D.C. Bar No. 481052

BY:   /s/_____
       LAURA E. HILL
       Trial Attorney, Detailee
       NV Bar No. 13894
       175 N Street, NE, 9th Floor
       Washington, D.C. 20002
       (202) 598-3962
       Laura.E.Hill@usdoj.gov


BY:   /s/_____
       WILL N. WIDMAN
       Trial Attorney, Detailee
       NC Bar No. 48158
       1301 New York Avenue, NW, 8th Floor
       Washington, D.C. 20530
       (202) 353-8611
       Will.Widman@usdoj.gov