UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-725-01 (RDM) |
| | ) | |
| Jared Kastner, *defendant* | ) | |

ORDER

Upon good cause shown in defendant's Motion to Convert Hearing from In-Person to Video Teleconference ("VTC"), and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of August, 2022, that the hearing set for August 31, 2022 at 9 o'clock a.m. is hereby converted to videoteleconference.

_____
Hon. Randolph D. Moss, U.S. District Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

    Will Widman, Esq..
    U.S. Dept. of Justice (CRM)
    1400 New York Ave, N.W.
    Washington, D.C. 20530 (by ECF)