# Exhibit

**Shalum Watson**

Jul 28, 5:39 PM

> Hey,
> Can you remind me what you had said regarding Kaitlyn's Firearms at the residence.

Aug 5, 4:11 PM

> Hey,
> This is Jared Kastner checking in for August. I'm following the rules of the agreement, still reside in the apartment in Scottsburg, have had no contact with law enforcement. I would be happy to fill things out on the app you had told me about. Did you send me an email about it?

Aug 13, 10:11 AM

> Hey,
> This is Jared Kastner. I am heading to 1006 Cherohala Skyway, Tellico Plains TN for Kaitlyn's cousin's wedding. We will be back very early tomorrow morning. Let me know if there are any issues or questions.

Aug 15, 9:14 AM

12:14

← **Shalum Watson**

any issues or questions.

Aug 15, 9:14 AM

**S** Thanks for the updates.

**S** Also sorry I didn't get back with you regarding firearms but she cannot have firearms in the residence. Wherever you are residing needs to be free of any firearms. I double checked with DC and your conditions.

**S** Whenever you have a chance can you please send me a copy of your paycheck stub? You can take a picture and text to me.

to confirm address?

**S** To verify employment

ah.
I'll get that to you today.

12:16

**Shalum Watson**

**S:** Thank you. Does your wife have a place to store her firearms until the completion of this case?

Yes. There is a lockbox.

**S:** I received this email from Katrina Sanford regarding firearms:

"All firearms should be removed from the residence. Mr. Kastner should already be aware of this condition of release. Nothing has changed in his conditions of release but his address. Let me know if you run into any issues about removing any firearms from the residence and I will notify the court."

False.
Conditions under southern Ohio were not so. Firearms were secured in residence in the possession of another resident who could legally posess firearms. These INCLUDED firearms registered to the defendant. This is agreed upon through Pretrial Services, and (as far as I am aware) checked and cleared with DC

> DC Pretrial has made false statements and even in court before.

**S:** The copy of the conditions I have that we went over and that you signed state you cannot have access to firearms outside the Wilmington church. Since you are no longer a member of that church you should not have access to firearms at all, at this time.

**S:** If you disagree with this I can let DC know and they can set the matter for a hearing to clear up any confusion.

> Let me discuss this with my lawyer.