

**10:34**

**JK / Jared**

> We're you able to remove the firearms from your residence? If so, where were they relocated?

Was I directed to do so? That was unclear.

> Yes.

through Pretrial Services, and (as far as I am aware) checked and cleared with DC

DC Pretrial has made false statements and even in court before.

> The copy of the conditions I have that we went over and that you signed state you cannot have access to firearms outside the Wilmington church. Since you are no longer a member of that church you should not have access to firearms at all, at this time.

> If you disagree with this I can let DC know and they can set the matter for a hearing to clear up any confusion.

Let me discuss this with my lawyer.

Kaitlyn has relocated them. I am not fully aware of the details at this time





