UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 21-cr-725-01 (RDM) |
| Jared Kastner,   *defendant*. ) | |

MOTION TO WITHDRAW

Undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit him to withdraw from further representation of the defendant. Counsel notes the entry of an appearance by John M. Pierce, Esq., this 30th day of August, 2022. Counsel contacted by phone the defendant to verify that he had retained Mr. Pierce to represent him and to replace counsel as attorney of record. The defendant so verified.

In the circumstances, counsel moves the Court to permit him to withdraw from further representation of the defendant. Counsel also requests that the Court excuse counsel from attending the in-person hearing scheduled for September 1, 2022, at 9:00 o'clock a.m.

Counsel assures the Court that he will cooperate with new counsel and provide him expeditiously with the file and other materials he has accumulated during the time counsel has represented the defendant.

A proposed Order is attached.

WHEREFORE, the defendant moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)

(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Will Widman, Esq., U.S. Dept. of Justice - CRM, and John M. Pierce, Esq., this 30th day of August, 2022.

/s/
_____
*Nathan I. Silver, II*