UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-725-01 (RDM) |
| | ) | |
| Jared Kastner, *defendant* | ) | |

ORDER

Upon good cause shown in attorney Nathan I. Silver's Motion to Withdraw, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of August, 2022, that attorney Nathan I. Silver, Esq. is permitted to withdraw as counsel of record in the above-referenced case, and it is further

ORDERED, that Mr. Silver is excused from appearing in defendant's behalf at the hearing scheduled for September 1, 2022, at 9:00 a.m., and it is further

ORDERED, that Mr. Silver expeditiously provide new counsel John M. Pierce, Esq., his file and other materials accumulated during the time Mr. Silver has represented the defendant.

_____
Hon. Randolph D. Moss, U.S. District Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

Will Widman, Esq..
U.S. Dept. of Justice (CRM)
1400 New York Ave, N.W.
Washington, D.C. 20530 (by ECF)

John M. Pierce, Esq.
21550 Oxnard Street 3rd Floor, PMB#172
Woodland Hills, CA 91367 (by ECF)