UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-725 (RDM) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| Defendant. | : | |

### MOTION TO CLARIFY HEARING FORMAT AND WITNESSES

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Clarify Hearing Format and Witnesses. On August 24, 2022, Kastner received a violation of the terms of his pretrial release from D.C. Pretrial Services because there was a firearm located in the Defendant's home. ECF No. 45. The Court ordered an in-person hearing to discuss the Pretrial Violation Report. Minute Order, August 26, 2022. On August 27, 2022, the Defendant filed a Motion to Covert Hearing from In-Person to VTC. ECF No. 46. On August 29, 2022, the government filed a Response opposing the Defendant's Motion. ECF No. 47. That same date, the Court denied the Defendant's Motion and calendared a hearing to occur in-person on September 1, 2022. Minute Order, August 29, 2022. The government is seeking clarification on the format of this hearing and whether the Court wants to hear from certain witnesses.

In its order, the Court has requested, "The parties should be prepared to offer witnesses, testimony, and/or other evidence regarding the Pretrial Violation report, Dkt. 45." The government seeks to clarify the following:

1. Does the Court prefer the government to call witnesses to testify about the substance of the Pretrial Violation report? Alternatively, does the Court itself prefer to question witnesses regarding the report?

2. D.C. Pretrial Services Officer Katrina Stanford, who is supervising Kastner's pretrial supervision, will be present and prepared to testify about to the Pretrial Violation report. Does the Court request to hear from any other witnesses, including but not limited to former courtesy supervisor Joshua Bohman from the Southern District of Ohio, and/or current courtesy supervisor Shallon Watson from the Southern District of Indiana?

3. If the Court does request to hear from Officer Bohman and/or Officer Watson, could these witnesses appear via video-teleconference ("VTC") or would the Court prefer that they testify in person?

## CONCLUSION

WHEREFORE, the government requests the Court's preferences outlined in the Motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Will Widman
_____
WILL N. WIDMAN
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov