Affidavit of Kaitlyn Kastner    Page 1 of 1

Affidavit of _Kaitlyn Kastner (formerly Kaitlyn Toler)__

    State of___Indiana____

Kaitlyn Marie Kastner, being duly sworn deposes and states as follows under penalty of law:

1. My name is_Kaitlyn Marie Kastner__, I am presently __22___years old, and my current address is __155 N 5th Street Apt 30 Scottsburg, Indiana 47170__
2. The purpose of this affidavit is to inform the Court of the past and current status of firearms in the residence I share with Jared Samuel Kastner (Jared).
3. I have removed all of the firearms from our residence as of 29 August, 2022.
4. When there were firearms in the our residence, all of them were mine, owned and possessed by me.
5. Further, all firearms in the residence I share with Jared were at all times locked in suitable containers and I was the only person who had the key.
6. All the above facts were disclosed to the Corrections Officer Shalum Watson on her 26 July visit to our residence.
7. At no time did Ms. Watson see a firearm, she only saw locked containers.
8. Ms. Watson never expressed any concerns with the presence of my locked firearms in our residence during her visit, only suggested that they be relocated.
9. At the time of her visit, Ms. Watson said, "I won't have any problems with you two," and also mentioned that Jared was "low-risk".

I hereby swear and affirm that the information above is true, accurate and complete to the best of my knowledge.   08/29/2022   *Kaitlyn Kastner* *Kaitlyn Kastner*

Date _Aug. 29, 2022_                                  Signature  *Michele Speas*

Affidavit of Kaitlyn Kastner page 2 of 2

Notary Public

Title and rank

Date of commission expiry

7/14/2030