To Whom It May Concern,

My name is James Michael Rankin. I am 61 years old and reside at 846 Canada Rd. Midland, Ohio 45148.

I am currently the pastor of the Wilmington Baptist Church at 2873 US 68 S. Wilmington, Ohio 45177.

The purpose of my letter is to testify as to the character of Jared S. Kastner.

I have known of the Kastner family for over 35 years through our church affiliates and testify to their upstanding character and virtue. All three of their children are successful, honest and contributors to the society in which they live.

Jared S. Kastner is a member in good standing at the Wilmington Baptist Church. It is with great admonition that I recommend him to you as an honorable citizen of the United States of America.

It was in 2017-18 that Jared made it known to me he was interested in ministry and we began a regular time of communicating and counseling in preparation for that. His responsibilities here at Wilmington Baptist Church include: Teen Class Teacher (Sunday AM), Teen Leader for Wednesday PM Bible Study, Adult Men Activity Director, Usher, Security Team, and any thing I asked him to do. Jared is the kind of man that was at church every time the doors were open.

I would like to speak to the character of Jared in being compliant to the courts conditions for him to fulfill his service to the Wilmington Baptist Church security team. We have but a few men who have been vetted and permitted to serve on the security team, so the court allowing him to continue under certain conditions was much appreciated. The conditions were; in order for him to carry a firearm on church property during service time his firearm must be kept in a secure place on the church property (my office) and in a lock box with the key in my possession. He would secure his firearm for duty when I was present. He would replace his firearm in the locked and secure location at the end of his duty under my supervision. My point in stating this is that Jared was very compliant to the courts order and never complained or violated it, not once!

It is of my observation that Jared S. Kastner has never been violent or angry toward the agents, courts or any government official. On the contrary, I have heard him pray for them.

It is of my observation that Jared S. Kastner was and is, and will continue to be no matter the outcome of this hearing a man of great integrity, a man who will never, ever, under any circumstances knowingly disobey the law, whether he agrees with it or not, he will be compliant.

Sincerely,

James M. iA

Exhibit 4