UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-725-1 (RDM) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT JARED SAMUEL KASTNER'S
### NOTICE AND REQUEST FOR TRIAL BY JURY

NOW comes Defendant, Jared Samuel Kastner, by and through his counsel of record, John M. Pierce, Esq., respectfully submits this request and notice to this Honorable Court to proceed to trial by a jury of the district.

Jared Samuel Kastner was charged with violations of 18 U.S.C. 1752(a)(1), 18 U.S.C. 1752(a)(2), and with 40 U.S.C. § 5104(e)(2)(D) and (G) by and through a criminal complaint filed on December 12, 2021.

Therefore, notice is hereby given that Defendant Jared Samuel Kastner gives notice of his right to a trial and hereby elects to proceed to a trial by a Jury.

Dated: January 26, 2023

>Respectfully submitted,
>
>/s/ John M. Pierce
>John M. Pierce
>John Pierce Law P.C.
>21550 Oxnard Street
>3rd Floor PMB #172
>Woodland Hills, CA 91367
>P: (213) 349-0054
>jpierce@johnpiercelaw.com

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, January 26, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

<u>/s/ John M. Pierce</u>
John M. Pierce
