UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case: 21-cr-725-1 (RDM) |
| | : **MOTION FOR ENLARGEMENT** |
| JARED SAMUEL KASTNER | :     **OF TIME** |
| Defendant. | : |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Defendant, Jared Kastner, by and through undersigned counsel, and respectfully moves the Court to grant an extension for the deadline to submit filings addressing whether Magistrate Judge Upadhyaya's Order, Dkt. [97], is appealable to this Court under 28 U.S.C. § 636 or any other authority. Counsel respectfully requests a 7-day extension of time for Defendants to file the order's appealability due to multiple staff members being affected by the flu or COVID-19. Furthermore, a virus was found in the firm's servers which led to multiple computers losing valuable information and dying in the same week. WHEREFORE, Defendant apologizes for any delay in filing this motion and respectfully moves the Court to grant said relief.

Dated: April 9, 2023

Respectfully submitted,

*/s/ John M. Pierce*

John M. Pierce

John Pierce Law Firm

21550 Oxnard St. 3rd Floor, PMB #172

Woodland Hills, CA 91367

Telephone: (213) 400-0725

Email: jpierce@johnpiercelaw.com

*Attorney for Defendant Hart*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 9, 2023, this Response was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*

John M. Pierce