**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-CR-725 (MAU)** |
| | **:** | |
| **JARED SAMUEL KASTNER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF OPPOSITION TO DEFENDANT'S**
**MOTION TO SUPPRESS EVIDENCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice of Opposition to Defendant Jared Kastner's ("Kastner") Motion to Suppress Evidence. ECF No. 109. Government counsel discussed the Notice of Opposition with defense counsel and the defendant is unopposed to the opposition filing deadline of June 2, 2023, in the pretrial scheduling order.

The Defendant is seeking to suppress evidence obtained from geo-fencing and cell location data. Under the Court's pretrial scheduling order, "the Parties shall file any motion pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)-(D) on or before May 19, 2023." Minute Order, January 26, 2023. The Defendant's motion for suppression of evidence falls under Federal Rule of Criminal Procedure 12(b)(3)(C). Unless otherwise ordered by the Court, the government will file its opposition memorandum on or before June 2, 2023, per the Court's pretrial scheduling order. Minute Order, January 26, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

1

By:

WILL N. WIDMAN
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov