UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED SAMUEL KASTNER,<br><br>    Defendant | Case: 21-cr-725-1 (RDM) |

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO REPLY TO OPPOSITION OF MOTION TO SUPRESS

Defendant Jared Kastner, by and through his attorney of record, hereby files this stipulated motion for seven (7) additional days to file Kastner's Reply to the United States regarding ECF #113 (the government's opposition to Kastner's motion to suppress).

Thus, Kastner's reply will be filed by June 14, 2023.

Dated: June 6, 2023                                                                 Respectfully Submitted,

                                                                                      */s/ John M. Pierce*
                                                                                      John M. Pierce
                                                                                      21550 Oxnard Street
                                                                                      3rd Floor, PMB #172
                                                                                      Woodland Hills, CA 91367
                                                                                      Tel: (213) 400-0725
                                                                                      Email: jpierce@johnpiercelaw.com

                                                                                      *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce