IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JARED KASTNER,** <br><br> **Defendant.** | Case No: 1:21-cr-00725-MAU |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION IN LIMINE REGARDING RECIPROCAL DISCOVERY**

The United States of America, by and through undersigned counsel, the United States Attorney for the District of Columbia, respectfully moves the Court to allow for an extension of time from July 5, 2023, until July 10, 2023 to file a motion in limine regarding reciprocal discovery, for the following reasons.

1. On June 26, 2023, the Court issued a new pretrial scheduling order, which included a deadline of June 28, 2023, for the Defendant to provide reciprocal discovery, and a deadline of July 5, 2023, for the parties to file motions in limine.

2. On June 28, 2023, the Defendant provided "initial discovery disclosures" through a Dropbox.com link, which contained over 450 files. Based on an email received from paralegal support for the defense, it is unclear whether additional disclosures would be forthcoming.

3. The government endeavored to download the reciprocal discovery provided and encountered difficulty when viewing and downloading files from Dropbox.com. Most of the files were loose and some were contained in folders. One of the folders entitled

"Bronstein BWC" was empty. Some of the files could be viewed in the browser, but others required downloading to be viewed. Paralegal support for the government advised undersigned counsel that the Defendant's disclosure contained several large files, which prevented all files from being downloaded together from Dropbox.com. The files needed to be downloaded individually. Paralegal support further advised that downloading all files would take additional time, given the voluminous nature of the production.

4. On June 29, 2023, the government requested that the Defendant provide reciprocal discovery through USAfx, which the government has used to share files throughout the pendency of this matter. The Defendant, through paralegal support, uploaded some of the files to USAfx, but not all of the files shared through Dropbox.com were produced.

5. As of 9:00 p.m., on July 5, 2023, a team of seven paralegals was unable to complete the download of all files provided by the Defendant via Dropbox.com.

6. On July 5, 2023, the government consulted with defense counsel by phone and explained the difficulty downloading reciprocal discovery. The government advised defense counsel that the government may wish to file a motion in limine with regards to reciprocal discovery but was unable to do so at this juncture since files were still being downloaded. Further, the government communicated to defense counsel that it remains unclear, based on what had been produced, whether significant portions of the reciprocal discovery are relevant or admissible at trial. The government advised defense counsel of the instant motion and defense counsel advised that the Defendant would not oppose additional time for the government to file a motion in limine with respect to reciprocal discovery.

The government respectfully requests the Court to allow for an extension of time for the government to file a motion in limine regarding reciprocal discovery from July 5, 2023, until

July 10, 2023. If the government were to file such a motion in limine regarding reciprocal discovery, the government would not oppose an opposition deadline of one week for the Defendant to respond.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY
                                                D.C. Bar No. 481052

Date: July 5, 2023                        By:   *s/ Will N. Widman*
                                                WILL N. WIDMAN
                                                NC Bar No. 48158
                                                Trial Attorney, Detailee
                                                1301 New York Avenue NW, 8th Floor
                                                Washington, DC 20530
                                                (202) 353-8611
                                                Will.Widman@usdoj.gov