# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : Case:  21-cr-725-1 (RDM) | |
| | : | |
| JARED SAMUEL KASTNER | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT KASTNER'S RESPONSE AND OPPOSITION TO UNITED STATES' MOTION IN LIMINE #123

Defendant Kastner, by and through his attorney of record John Pierce, hereby responds and opposes the government's motion in limine regarding admission of certain statutes and laws (ECF #123).  Kastner opposes the introduction of such laws and statutes on relevance grounds, as well as Rule 403 (misleading).

Kastner is not charged with any crimes in which these statutes and laws are relevant to his criminal liability.

Date: July 10, 2023

Respectfully Submitted,
 */s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172

Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:jpierce@johnpiercelaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

_/s/ John M. Pierce_

John M. Pierce