<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF COLUMBIA**</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA :** | | |
| | : | |
| v. | : | **Case No. 1:21-CR-725 (RDM)** |
| | : | |
| **JARED SAMUEL KASTNER** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

<u>**NOTICE OF APPEARANCE AS CO-COUNSEL**</u>

Please take notice that Dylan George Barket of the law firm of Barket Lawyers, will be representing Defendant Jared Samuel Kastner as co-counsel for trial purposes with John Pearce of John Pearce Law. Dylan G. Barket requests that he be included on the service of all notices, pleadings, and other documents filed in this case at the following address:

BARKET LAWYERS
66. W. FLAGLER STREET
7TH FLOOR – CONCORDE BUILDING
MIAMI, FLORIDA, 33130
<u>DYLAN@BARKETLAWYERS.COM</u>
<u>PLEADINGS@BARKETLAWYERS.COM</u>
TELE: (305) 373-6711
FAX: (305) 373-4770

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 18th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

Respectfully Submitted,

<u>/s/Dylan G. Barket, Esq.</u>
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128