UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Complainant : | |
| : | |
| v. : | Case No. 1:21-CR-725 (RDM) |
| : | |
| JARED SAMUEL KASTNER, : | |
| : | |
| Defendant. : | |
| : | |
| : | |

**DEFENDANT JARED SAMUEL KASTNER's
MOTION TO APPEAR AT SENTENCING MEMORANDUM
BY VIDEO CONFERENCE TECHNOLOGY**

Defendant JARED SAMUEL KASTNER ("Kastner"), by and through undersigned counsel, hereby respectfully moves the Court to allow him to participate in the scheduled pretrial conference hearing by video zoom conferencing.

Kastner resides in Indiana with his wife. Travel to D.C. for the pretrial hearing will place an extreme hardship on Kastner and his family. Additionally, Kastner's work obligations add to this hardship, as Kastner must reschedule his work commitments.

Second, the Probation Officer just filed a report that Defendant Kastner's compliance with pre-trial release from detention conditions – continued now after conviction at trial until sentencing – has been perfect. Kastner has faithfully and painstakingly complied with all conditions. Therefore, the Court should have no cause for concern now about his appearance at sentencing remotely. As a necessary component of his current release, Defendant Kastner is well-grounded in his community and extended family and has been deemed to be likely to a high confidence to appear for trial, which of course he actually did. (Again, the conditions of release were first put in place prior to trial and now continued through sentencing.)

Date: July 18, 2023                                  Respectfully Submitted,
                                                     <u>*/s/ John M. Pierce*</u>
                                                     John M. Pierce
                                                     21550 Oxnard Street
                                                     3rd Floor, PMB #172
                                                     Woodland Hills, CA 91367
                                                     Tel: (213) 400-0725
                                                     Email:jpierce@johnpiercelaw.com
                                                     Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce