**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 1:21-CR-725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| Defendant. | : | |
| | : | |

**UNITED STATES' TRIAL EXHIBIT LIST**

*Please note that this is a preliminary exhibit list only, and subject to change. The Government has included several stipulations that the Government has proposed defense counsel; however, these stipulations have not yet been formally executed. Finally, the Government anticipates creating "screenshots" from each of the videos listed below that will be included as sub-exhibits in the Government's final exhibit list.*

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS* | | | | | |
| 001 | USCP CCV Montage | | | | |
| 002 | House & Senate Video Montage | | | | |
| 003 | Certification of Congressional Videos | | | | |
| 004 | Capitol Building & Grounds – 1946 Survey Map | | | | |
| 005 | Capitol Building & Grounds – Restricted Perimeter Map | | | | |
| 006 | Capitol Building & Grounds – Aerial View | | | | |
| 007 | Capitol Building – 3D Map | | | | |
| 008 | Capitol Building – Diagram | | | | |
| 009 | Photographs of Capitol Grounds & USCP "Area Closed" Signs (6) | | | | |

EXHIBIT

Kastner - 5

| | | | | | |
|---|---|---|---|---|---|
| 009a | USCP Area Closed Signs | | | | |
| 009b | USCP Area Closed Signs | | | | |
| 009c | USCP Area Closed Signs | | | | |
| 009d | USCP Area Closed Signs | | | | |
| 009e | USCP Area Closed Sign | | | | |
| 010 | Closure of West Front Police Order | | | | |
| 011 | Ground Closure Announcement | | | | |
| | | | | | |
| *U.S. CAPITOL POLICE CLOSED-CIRCUIT VIDEO* | | | | | |
| 100 | USCP CCV 0102 | | | | |
| 101 | USCP CCV 0402 | | | | |
| 102 | USCP CCV 0403 | | | | |
| 103 | USCP CCV 0924 | | | | |
| 104 | USCP CCV 0925 | | | | |
| 105 | USCP CCV 0926 | | | | |
| | | | | | |
| *OPEN SOURCE VIDEO & IMAGES* | | | | | |
| 200 | 0176-CI-3432601_0000014_1A0000012_0000003 | | | | |
| 201 | 0176-CI-3432601_0000025_1A0000033_0000002 | | | | |
| 202 | 0176-CI-3432601_0000025_1A0000034_0000002 | | | | |
| 203 | BGONTHESCENE_Capitol_Video_Kastner_2 | | | | |
| 204 | David m Small Facebook video | | | | |
| 205 | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police | | | | |
| 206 | Facebook iamdamonous 10000000_487401159317794_8434849170488245050_n | | | | |
| 207 | Facebook stephen.horn.562114 | | | | |
| 208 | gettyimages-1295317532-640_adpp | | | | |
| 209 | IMG_0602 | | | | |
| 210 | IMG_0850 | | | | |
| 211 | IMG_3459 | | | | |
| 212 | IMG_20210106_144358_3 | | | | |
| 213 | ML_DC_20210106_Sony_FS7-GC_1959.MXF_1080_00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 214 | ML_DC_20210106_Sony_FS7-GC_1959.MXF_1080_01 | | | | |
| 215 | Nick Quested 2021-01-06 InsideCaptiol-Color corrected | | | | |
| 216 | Parler The Patri0t An EXTREMELY up close view of the Capitol Riot | | | | |
| 217 | Parler_7iB22C7LbbNy | | | | |
| 218 | YouTube Joseph A. Camp (CampJosephA) Joey Camp 2020 - U.S. Capitol 01.06.2021 | | | | |
| 219 | YouTube Logan M (TheOriginalUberfetus) DC Report DSLR Story Eyewitness Testimony Jan 6 DC | | | | |
| 220 | YouTube Michigan Constitutional Crusader (UCbMi18KmKXRb79716KgnVOA) US Capital Building surrounded by citizens breaking~1 | | | | |
| 221 | Kastner at UWT | | | | |
| 222 | Kastner Give Send Go | | | | |
| | | | | | |
| **OTHER JANUARY 6 DEFENDANT VIDEO** | | | | | |
| 300 | 20210106_141807 - Horvath, Jennifer | | | | |
| 301 | GH010089 - Cruz, Lloyd | | | | |
| 302 | GH010091 - Cruz, Lloyd | | | | |
| 303 | IMG_0212 - Uptmore, Chance | | | | |
| 304 | IMG_1184 - Ochs, Nick | | | | |
| 305 | Part 1 GX020291 - Rahm, James | | | | |
| 306 | unified_message_1545772405622211 - Jancart, Derek | | | | |
| | | | | | |
| **WMATA VIDEO** | | | | | |
| 400 | C-D01-K-001 | | | | |
| 401 | C-D01-K-003 | | | | |
| 402 | C-D01-M-001 | | | | |
| 403 | C-D01-M-005 | | | | |
| 404 | C-D01-M-006 | | | | |
| 405 | C-D01-M-008 | | | | |
| | | | | | |
| **INTERVIEW VIDEO** | | | | | |
| 500 | Kastner Interview Screen Record | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| *PHOTOGRAPHS* | | | | | |
| 600 | Driver's License Photograph | | | | |
| 601 | Residence Search Warrant Photos (93) | | | | |
| | | | | | |
| *PHYSICAL EVIDENCE* | | | | | |
| 700 | Property Receipt | | | | |
| 701 | Khaki Pants | | | | |
| | | | | | |
| *GOOGLE ACCOUNT* | | | | | |
| 800 | Google Account | | | | |
| 801 | Device Data | | | | |
| 802 | Chrome Activity (1) | | | | |
| 803 | Chrome Activity (2) | | | | |
| 804 | Chrome Activity (3) | | | | |
| 805 | Chrome Activity (4) | | | | |
| 806 | Chrome Activity (5) | | | | |
| 807 | Google Search (1) | | | | |
| 808 | Google Search (2) | | | | |
| 809 | Google Search (3) | | | | |
| 810 | Image Search (1) | | | | |
| 811 | Location History 1.5.21 to 1.7.21.JPG | | | | |
| 812 | Location History 1.6.21.JPG | | | | |
| 813 | Location History U.S. Capitol 1.6.21.JPG | | | | |
| 814 | Location History Washington D.C. 1.6.21.JPG | | | | |
| 815 | Luke Faulkner DC | | | | |
| 816 | Parking Garage Ticket | | | | |
| 817 | The Lodge on the Trail Payment Receipt | | | | |
| 818 | Venmo Open Source | | | | |
| 819 | Venmo Payment | | | | |
| | | | | | |
| *TRANSCRIPTS* | | | | | |
| 900 | U.S. v. Kastner - Initial Appearance | | | | |
| 901 | U.S. v. Kastner - Pretrial Violation Hearing | | | | |
| | | | | | |
| *LEGAL AUTHORITY* | | | | | |
| 1000 | U.S. Constitution, Amendment XII | | | | |
| 1001 | 3 U.S.C. § 15 | | | | |
| 1002 | 3 U.S.C. § 16 | | | | |

| 1003 | 3 U.S.C. § 17 | | | | |
|------|---------------|---|---|---|---|
| 1004 | 3 U.S.C. § 18 | | | | |
| 1005 | Concurrent Resolution | | | | |
| | | | | | |
| **CELLULAR PHONE** | | | | | |
| 1100 | Photographs | | | | |
| 1101 | Text Messages | | | | |
| | | | | | |
| **STIPULATIONS (Tentative)** | | | | | |
| 1200 | Capitol Building & Grounds | | | | |
| 1201 | Certification of Electoral College Vote | | | | |
| 1202 | Federally Protected Function | | | | |
| 1203 | Officers from USCP & MPD | | | | |
| 1204 | USCP Closed-Circuit Video | | | | |
| 1205 | House & Senate Video Montage | | | | |
| 1206 | USCP CCV Montage | | | | |
| 1207 | Body Worn Camera | | | | |
| 1208 | Open Source Videos and Images | | | | |
| 1209 | Other January 6 Defendant Videos | | | | |
| 1210 | Google Account | | | | |
| 1211 | Identity | | | | |
| 1212 | Cellular Phone & Extraction | | | | |
| 1213 | Physical Items & SW Photos | | | | |
| | | | | | |

**DEFENSE TRIAL EXHIBIT LIST**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted/ Witness* |
|---|---|---|---|
| | | | |
| 1 | Slideshow of Photos of Defendant & Family or Friends | | |
| 2 | CDU Operational Plan for the USCP | | |
| 3 | Production 2: doc19of144 in 'No Sensitivity' folder. | | |
| 4 | Reserved | | |
| 5 | Reserved | | |
| 6 | Reserved | | |
| 7 | Reserved | | |
| 8 | Prod9 3of7 pg2,3 on lawn during advances, just watching and trying to regroup | | |
| 9 | OPR Interview with Inspector Robert Glover | | |
| 10 | USCP Policy and Procedures Manuals | | |

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted/ Witness* |
|---|---|---|---|
| 11 | Image of Riots Mostly Peaceful | | |
| 12 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | | |

**Defense Trial Exhibit List—Page 1**

| 13 | DC-001-00000001[37] | | |
|---|---|---|---|
| 14 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. | | |
| 15 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | | |
| 16 | HSGAC&RulesFullReport_ExaminingU.S.CapitolAttack | | |
| 17 | Photo of Stop Pence and Trump Protest Flyer | | |
| 18 | Schedule for Wednesday January 6th 2021 | | |
| 19 | Protestor Talking about J6 1 | | |

**Defense Trial Exhibit List—Page 2**

| Ex. No. | Description of Exhibit | Offered | Admitted / Witness |
|---|---|---|---|
| 20 | final_report_of_investigation_real | | |
| 21 | People Removing Barriers | | |
| 22 | Images of blood on ground | | |
| 23 | Open Source Video Protestors 1 | | |
| 24 | Open Source Video Protestors 2 | | |
| 25 | Open Source Video Protestors 3 | | |
| 26 | Stop Pence Trump Photo | | |
| 27 | U.S. Capitol Grounds Demonstration Area Map | | |
| 28 | Guidelines For Conducting an Event on United States Capitol Grounds_December 2019 | | |
| 29 | USCP-011-00055405_image | | |
| 30 | Muriel Bowser Tweet | | |
| 31 | Murial Bowser Announcement | | |
| 32 | East side Open Source Video 1 | | |
| 33 | Several Images of Capitol under Construction | | |
| 34 | Use of Force and Officer Injury Report | | |
| 35 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | | |
| 36 | HSEMA letter to Gen Walker 12_31_20[25141] | | |
| 37 | USCPJanuary-6-Timeline[25142] | | |
| 38 | gao-22-104829[25148] | | |
| 39 | MPD-001-00000034[25146] | | |

**Defense's Trial Exhibit List—Page 3**

| _Ex. No._ | _Description of Exhibit_ | _Offered_ | _Admitted / Witness_ |
|---|---|---|---|
| 40 | DODIG-2022-039 V2 508[25149] | | |
| 41 | 11_05_21_call_logs_for_senior_officials_from_january_6_2021[25151] | | |
| 42 | 04.29.22._-_comms_oag_odag_-_interim[25153] | | |
| 43 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] | | |
| 44 | grassley_to_doj_-_failure_to_prosecute_oig_criminal_referrals[25140] | | |
| 45 | PLAW-115publ435[25139] | | |
| 46 | Devin Nunes Letter to Wray | | |
| 47 | DC-FirstAmendment | | |
| 48 | USCPJan.6Timeline[25122] | | |
| 49 | gao-22-104829[25121] | | |
| 50 | Photo regarding Nov. 7 1983 | | |
| 51 | Jim Jordan Letter | | |
| 52 | Muriel Bowser Letter | | |
| 53 | Open source video of J6 2 | | |
| 54 | Open source video of J6 3 | | |
| 55 | Open source video of J6 4 | | |
| 56 | Open source video of J6 5 | | |
| 57 | Open source video of J6 6 | | |

**Defense's Trial Exhibit List—Page 4**

| *Ex. No.* | *Description of Exhibit* | *Offered* | *Admitted/ Witness* |
|---|---|---|---|
| **58** | Open source video of J6 7 | | |
| **59** | Open source video of J6 8 | | |
| **60** | Open source video of J6 9 | | |
| 61 | Open source video of J6 10 | | |
| 62 | 5 Demonstration Permits for J6 | | |
| 63 | Frequencies DC 011822[25098] | | |
| 64 | Crosstabs DC 011822[25099] | | |
| 65 | Pictures and Videos pertaining to #redonredglasses | | |
| 66 | Pictures and Videos pertaining to #NWScaffoldCommander | | |
| 67 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h30min00s000ms | | |
| 68 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h05min00s000ms | | |
| 69 | 0176-CI-3459773_0000007_1A0000007_0000001 | | |
| 70 | 0176-CI-3459773_0000012_1A0000025_0000002 (1) | | |
| 71 | 0176-CI-3459773_0000012_1A0000025_0000002 | | |
| 72 | 0176-CI-3459773_0000019_1A0000039_0000003 | | |
| 73 | 0176-CI-3459773_0000019_1A0000039_0000004 | | |
| 74 | 0176-CI-3521583_0000013_1A0000023_0000002 | | |
| 75 | 0176-CI-3521583_0000013_1A0000023_0000004 | | |
| 76 | 0402 USCH 01 Crypt North-2021-01-06_14h20min00s000ms | | |
| 77 | 20210106_141807 - Horvath, Jennifer | | |

| 78 | Kastner, Jared Samuel 12.27.22 | | |

**Defense's Trial Exhibit List—Page 5**

| 79 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | | |
|----|-------------------------------------------------------------------|--|--|

**Defense's Trial Exhibit List—Page 6**