UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Complainant | : | |
| v. | : | Case No. 1:21-CR-725 (RDM) |
| JARED SAMUEL KASTNER, | : | |
| Defendant. | : | |

# WITHDRAW ERRATA FILED IN ERROR
## DEFENDANT JARED SAMUEL KASTNER's
## MOTION TO APPEAR AT SENTENCING MEMORANDUM
## BY VIDEO CONFERENCE TECHNOLOGY

Defendant JARED SAMUEL KASTNER ("Kastner"), by and through undersigned counsel, hereby respectfully moves the Court to withdraw and delete the motion filed at ECF Dkt # 141. With apologies, due to a word processing mistake of staff in which a previous motion was copied without updating the caption, the motion for another case got filed in the wrong case. Counsel apologizes to the Court for the inconvenience.

July 19, 2023                    **RESPECTFULLY SUBMITED,**

John M. Pierce, Esq.
*Counsel for Defendant*

_/s/ John Pierce_

JOHN PIERCE LAW
21550 Oxnard Street 3rd Floor, PMB #172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com
(213) 279-7846

**CERTIFICATE OF SERVICE**

  I hereby certify that my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to:

> MATTHEW M. GRAVES
> United States Attorney
>
> Cytheria Jernigan
> U.S. Attorney's Office
> 300 Fannin Street Suite 3201
> Shreveport, LA 71101
> 318-676-3611
> 318-676-3663 (fax)
> cytheria.jernigan@usdoj.gov
>
> Will Widman
> DOJ-CRM
> 1301 New York Avenue NW
> Washington, DC 20530
> (202) 353-8611
> will.widman@usdoj.gov
>
> Stephen F. Brennwald
> BRENNWALD & ROBERTSON, LLP
> 922 Pennsylvania Avenue, SE
> Washington, DC 20003
> (301) 928-7727
> (202) 544-7626 (fax)
> sfbrennwald@cs.com
> Attorney for Kenneth Duncan Massie
>
> Kira Anne West
> LAW OFFICE OF KIRA WEST
> 712 H St, NE
> Unit 509
> Washington, DC 20002
> (202) 236-2042
> kiraannewest@gmail.com
> Attorney for Luke Faulkner

        /s/
      John M. Pierce