**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Complainant** | : | |
| **v.** | : | **Case No. 1:21-CR-725 (RDM)** |
| **JARED SAMUEL KASTNER,** | : | |
| **Defendant.** | : | |

**DEFENDANT JARED SAMUEL KASTNER's**
**MOTION TO APPEAR AT PRETRIAL HEARING**
**BY ZOOM**

Defendant JARED SAMUEL KASTNER ("Kastner"), by and through undersigned counsel, hereby respectfully moves the Court to allow him to participate in the scheduled pretrial conference hearing by video zoom conferencing.

Pursuant to Federal Rule of Criminal Procedure 43, Kastner waives his personal appearance at the hearing.

Kastner resides in Indiana with his wife. Travel to D.C. for the pretrial hearing will place an extreme hardship on Kastner and his family. Additionally, Kastner's work obligations add to this hardship, as Kastner must reschedule his work commitments. The work obligation issue is due to undersigned counsel not providing Mr. Kastner sufficient advance notice of the hearing due to just finishing a trial last week.

July 20, 2023

**RESPECTFULLY SUBMITED,**

John M. Pierce, Esq.
*Counsel for Defendant*

*/s/ John Pierce*

JOHN PIERCE LAW
21550 Oxnard Street 3rd Floor, PMB #172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com
(213) 279-7846

**CERTIFICATE OF SERVICE**

I hereby certify that my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to:

MATTHEW M. GRAVES
United States Attorney

Cytheria Jernigan
U.S. Attorney's Office
300 Fannin Street Suite 3201
Shreveport, LA 71101
318-676-3611
318-676-3663 (fax)
cytheria.jernigan@usdoj.gov

Will Widman
DOJ-CRM
1301 New York Avenue NW
Washington, DC 20530
(202) 353-8611
will.widman@usdoj.gov

Stephen F. Brennwald
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928-7727
(202) 544-7626 (fax)
sfbrennwald@cs.com
Attorney for Kenneth Duncan Massie

Kira Anne West
LAW OFFICE OF KIRA WEST
712 H St, NE
Unit 509
Washington, DC 20002
(202) 236-2042
kiraannewest@gmail.com
Attorney for Luke Faulkner

/s/
John M. Pierce