UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S TRIAL EXHIBITS**

| Ex. No. | Description of Exhibit | Produced to Govt.? |
|---|---|---|
| 1 | Slideshow of Photos of Defendant & Family or Friends | Yes |
| 2 | CDU Operational Plan for the USCP | Yes |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | OPR Interview with Inspector Robert Glover | Yes |
| 10 | | |
| 11 | | |

| 12 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | Yes |
|---|---|---|
| 13 | DC-001-00000001[37] | Yes |

| | | |
|---|---|---|
| 14 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. | Yes |
| 15 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | Yes |
| 16 | | |
| 17 | Photo of Stop Pence and Trump Protest Flyer | Yes |
| 18 | Schedule for Wednesday January 6th 2021 | Yes |
| 19 | Protestor Talking about J6 1 | Yes |
| 20 | final_report_of_investigation_real | Yes |
| 21 | | |
| 22 | | |
| 23 | Open Source Video Protestors 1 | Yes |
| 24 | Open Source Video Protestors 2 | Yes |
| 25 | Open Source Video Protestors 3 | Yes |
| 26 | | |
| 27 | U.S. Capitol Grounds Demonstration Area Map | Yes |
| 28 | Guidelines For Conducting an Event on United States Capitol Grounds_December 2019 | Yes |
| 29 | USCP-011-00055405_image | Yes |

| 30 | Muriel Bowser Tweet | Yes |
|---|---|---|
| 31 | Murial Bowser Announcement | Yes |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | Yes |
| 36 | HSEMA letter to Gen Walker 12_31_20[25141] | Yes |
| 37 | USCPJanuary-6-Timeline[25142] | Yes |
| 38 | gao-22-104829[25148] | Yes |
| 39 | MPD-001-00000034[25146] | Yes |
| 40 | DODIG-2022-039 V2 508[25149] | Yes |
| 41 | | |
| 42 | 04.29.22._-_comms_oag_odag_-_interim[25153] | Yes |
| 43 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] | Yes |
| 44 | grassley_to_doj_-_failure_to_prosecute_oig_criminal_referrals[25140] | Yes |
| 45 | PLAW-115publ435[25139] | Yes |
| 46 | | |
| 47 | DC-FirstAmendment | Yes |
| 48 | USCPJan.6Timeline[25122] | Yes |

| | | |
|---|---|---|
| 49 | gao-22-104829[25121] | Yes |
| 50 | | |
| 51 | | |
| 52 | | |
| 53 | Open source video of J6 2 | Yes |
| 54 | Open source video of J6 3 | Yes |
| 55 | Open source video of J6 4 | Yes |
| 56 | Open source video of J6 5 | Yes |
| 57 | Open Source Video of J6 6 | Yes |
| 58 | Open source video of J6 7 | Yes |
| 59 | | |
| 60 | | |
| 61 | | |
| 62 | 5 Demonstration Permits for J6 | Yes |
| 63 | Frequencies DC 011822[25098] | Yes |
| 64 | Crosstabs DC 011822[25099] | Yes |
| 65 | Pictures and Videos pertaining to #redonredglasses | Yes, but no videos |
| 66 | Pictures and Videos pertaining to #NWScaffoldCommander | Yes |
| 67 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h30min00s000ms | Yes |
| 68 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h05min00s000ms | Yes |

| 69 | 0176-CI-3459773_0000007_1A0000007_0000001 | Yes |
|----|----|----|
| 70 | 0176-CI-3459773_0000012_1A0000025_0000002 (1) | Yes |
| 71 | 0176-CI-3459773_0000012_1A0000025_0000002 | Yes |
| 72 | 0176-CI-3459773_0000019_1A0000039_0000003 | Yes |
| 73 | 0176-CI-3459773_0000019_1A0000039_0000004 | Yes |
| 74 | 0176-CI-3521583_0000013_1A0000023_0000002 | Yes |
| 75 | 0176-CI-3521583_0000013_1A0000023_0000004 | Yes |
| 76 | 0402 USCH 01 Crypt North-2021-01-06_14h20min00s000ms | Yes |
| 77 | 20210106_141807 - Horvath, Jennifer | Yes |
| 78 | Kastner, Jared Samuel 12.27.22 | Yes |
| 79 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | Yes |

/s/ JOHN M. PIERCE
John Pierce LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172 Woodland Hills, CA 91367
(213) 279-7846 jpierce@johnpiercelaw.com
*Attorney for Defendant*
*Jared Samuel Kastner*


**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR
66 W. FLAGLER STREET
MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

/s/Dylan G. Barket, Esq.
FBN: 1026381