UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No.: 1:21-CR-725 (MAU) |
| : | |
| JARED SAMUEL KASTNER, : | |
| Defendant. : | |
| : | |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

The United States of America provides this proposed exhibit list for trial, not necessarily in the order in which they will be introduced. The Government has designated "screenshots" from several of the videos listed below that have been included as sub-exhibits in this exhibit list.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS* | | | | | |
| 001 | U.S. Capitol Police CCV Montage | | | | |
| 001.1 | USCP CCV Montage (Version 1) | | | | |
| 001.2 | USCP CCV Montage (Version 2) | | | | |
| 001.3 | USCP CCV Montage (Version 3) | | | | |
| 002 | U.S. House & Senate Video Montage | | | | |
| 002.1 | U.S. House & Senate Video Montage and USCP CCV Crypt (Rear View) Synchronized | | | | |
| 003 | Certification of Congressional Videos | | | | |
| 004 | U.S. Capitol Building & Grounds – 1946 Survey Map | | | | |
| 005 | U.S. Capitol Building & Grounds – Restricted Perimeter Map | | | | |
| 006 | U.S. Capitol Building & Grounds – Aerial View | | | | |
| 007 | U.S. Capitol Building – 3D Map | | | | |
| 007.1 | U.S. Capitol Building – 3D Map (NW Lawn) | | | | |
| 007.2 | U.S. Capitol Building – 3D Map (NW Terrace) | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 008 | U.S. Capitol Building – Diagram | | | | |
| 009 | Photographs of Capitol Grounds & USCP "Area Closed" Signs (6) | | | | |
| 009a | USCP Area Closed Signs | | | | |
| 009b | USCP Area Closed Signs | | | | |
| 009c | USCP Area Closed Signs | | | | |
| 009d | USCP Area Closed Signs | | | | |
| 009e | USCP Area Closed Sign | | | | |
| 010 | Closure of West Front Police Order | | | | |
| 011 | Ground Closure Announcement | | | | |
| 012 | Area Closed Sign (physical) | | | | |
| 013 | U.S. Capitol Building First Floor Plan | | | | |
| 014 | U.S. Capitol Building & Grounds (West Front) Time Lapse Video | | | | |
| | *U.S. CAPITOL POLICE CLOSED-CIRCUIT VIDEO* | | | | |
| 100 | USCP CCV Senate Wing Door | | | | |
| 100.1 | USCP CCV Senate Wing Door – Synchronized | | | | |
| 101 | USCP CCV Crypt (Side View) | | | | |
| 102 | USCP CCV Crypt (Rear View) | | | | |
| 102.1 | USCP CCV Crypt (Rear View) - Enhanced | | | | |
| 103 | USCP CCV NW Steps (Midpoint) | | | | |
| 104 | USCP CCV NW Steps (Midpoint) | | | | |
| 105 | USCP CCV NW Courtyard/Upper Plaza | | | | |
| 105.1 | USCP CCV NW Courtyard/Upper Plaza - Enhanced | | | | |
| | *OPEN SOURCE VIDEO & IMAGES* | | | | |
| 200 | 0176-CI-3432601_0000014_1A0000012_0000003 | | | | |
| 201 | 0176-CI-3432601_0000025_1A0000033_0000002 | | | | |
| 202 | 0176-CI-3432601_0000025_1A0000034_0000002 | | | | |
| 203 | BGONTHESCENE_Capitol_Video_Kastner_2 | | | | |
| 204 | David m Small Facebook video | | | | |
| 205 | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 206 | Facebook iamdamonous 10000000_487401159317794_ 8434849170488245050_n | | | | |
| 207 | Facebook stephen.horn.562114 | | | | |
| 208 | gettyimages-1295317532-640_adpp | | | | |
| 208.1 | gettyimages-1295317532-640_adpp Screenshot at 2:40 | | | | |
| 208.2 | gettyimages-1295317532-640_adpp Screenshot at 2:42 | | | | |
| 209 | IMG_0602 | | | | |
| 210 | IMG_0850 | | | | |
| 211 | IMG_3459 | | | | |
| 212 | IMG_20210106_144358_3 | | | | |
| 213 | ML_DC_20210106_Sony_FS7-GC_1959.MXF_1080_00 | | | | |
| 214 | ML_DC_20210106_Sony_FS7-GC_1959.MXF_1080_01 | | | | |
| 215 | Nick Quested 2021-01-06 InsideCaptiol-Color corrected | | | | |
| 215.1 | Nick Quested 2021-01-06 InsideCaptiol-Color Corrected – Enhanced | | | | |
| 216 | Parler The Patri0t An EXTREMELY up close view of the Capitol Riot | | | | |
| 217 | Parler_7iB22C7LbbNy | | | | |
| 218 | YouTube Joseph A. Camp (CampJosephA) Joey Camp 2020 - U.S. Capitol 01.06.2021 | | | | |
| 219 | YouTube Logan M (TheOriginalUberfetus) DC Report DSLR Story Eyewitness Testimony Jan 6 DC | | | | |
| 219.1 | YouTube Logan M (TheOriginalUberfetus) DC Report DSLR Story Eyewitness Testimony Jan 6 DC Screenshot at 1:25:51 | | | | |
| 220 | YouTube Michigan Constitutional Crusader (UCbMi18KmKXRb79716KgnVOA) US Capital Building surrounded by citizens breaking~1 | | | | |
| 221 | Kastner at UWT | | | | |
| 222 | Kastner Give Send Go | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 223 | BGOnTheGo_Video 1 | | | | |
| 223.1 | BGOnTheGo_Video 1 – Synchronized | | | | |
| *OTHER JANUARY 6 DEFENDANT VIDEO* | | | | | |
| 300 | 20210106_141807 - Horvath, Jennifer | | | | |
| 301 | GH010089 - Cruz, Lloyd | | | | |
| 301.1 | GH010089 - Cruz, Lloyd - Enhanced | | | | |
| 302 | GH010091 - Cruz, Lloyd | | | | |
| 303 | IMG_0212 - Uptmore, Chance | | | | |
| 303.1 | IMG_0212 - Uptmore, Chance – Enhanced | | | | |
| 304 | IMG_1184 - Ochs, Nick | | | | |
| 305 | Part 1 GX020291 - Rahm, James | | | | |
| 306 | unified_message_15457772405622211 - Jancart, Derek | | | | |
| | | | | | |
| *WMATA VIDEO* | | | | | |
| 400 | Reserved | | | | |
| 401 | Reserved | | | | |
| 402 | Reserved | | | | |
| 403 | Reserved | | | | |
| 404 | Reserved | | | | |
| 405 | Reserved | | | | |
| | | | | | |
| *INTERVIEW VIDEO* | | | | | |
| 500 | Kastner Interview Screen Record | | | | |
| 500.1 | Kastner Interview Draft Clip 1 (if applicable) | | | | |
| 500.2 | Kastner Interview Draft Clip 2 (if applicable) | | | | |
| 500.3 | Kastner Interview Draft Clip 3 (if applicable) | | | | |
| 500.4 | Kastner Interview Draft Clip 4 (if applicable) | | | | |
| 500.5 | Kastner Interview Draft Clip 5 (if applicable) | | | | |
| 501 | Kastner Interview – Selected Transcript | | | | |
| | | | | | |
| *PHOTOGRAPHS* | | | | | |
| 600 | Driver's License Photograph | | | | |
| 601 | Residence Search Warrant Photos dated 12/08/2021 | | | | |
| 601.02 | Front of Kastner Residence | | | | |
| 601.52 | Kastner's Cellular Phone | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 601.53 | Kastner's Cellular Phone | | | | |
| 601.93 | Copy of Search Warrant Left at Residence | | | | |
| | | | | | |
| | *PHYSICAL EVIDENCE* | | | | |
| 700 | Property Receipt | | | | |
| 701 | Reserved | | | | |
| | | | | | |
| | *GOOGLE ACCOUNT* | | | | |
| 800 | Google Account | | | | |
| 801 | Device Data | | | | |
| 802 | Chrome Activity (1) | | | | |
| 803 | Chrome Activity (2) | | | | |
| 804 | Chrome Activity (3) | | | | |
| 805 | Reserved | | | | |
| 806 | Chrome Activity (5) | | | | |
| 807 | Reserved | | | | |
| 808 | Reserved | | | | |
| 809 | Reserved | | | | |
| 810 | Image Search (1) | | | | |
| 811 | Location History 1.5.21 to 1.7.21.JPG | | | | |
| 812 | Location History 1.6.21.JPG | | | | |
| 813 | Location History U.S. Capitol 1.6.21.JPG | | | | |
| 814 | Location History Washington D.C. 1.6.21.JPG | | | | |
| 815 | Luke Faulkner DC | | | | |
| 816 | Parking Garage Ticket | | | | |
| 817 | The Lodge on the Trail Payment Receipt | | | | |
| 818 | Venmo Open Source | | | | |
| 819 | Venmo Payment | | | | |
| 820 | Google Inc. Certificate of Authenticity | | | | |
| | | | | | |
| | *TRANSCRIPTS* | | | | |
| 900 | U.S. v. Kastner - Initial Appearance | | | | |
| 901 | U.S. v. Kastner - Pretrial Violation Hearing | | | | |
| | | | | | |
| | *LEGAL AUTHORITY* | | | | |
| 1000 | U.S. Constitution, Amendment XII | | | | |
| 1001 | 3 U.S.C. § 15 | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 1002 | 3 U.S.C. § 16 | | | | |
| 1003 | 3 U.S.C. § 17 | | | | |
| 1004 | 3 U.S.C. § 18 | | | | |
| 1005 | Concurrent Resolution | | | | |
| 1006 | Congressional Records House of Representatives 117th Session | | | | |
| 1007 | Congressional Records Senate 117th Session | | | | |
| | | | | | |
| | *CELLULAR PHONE* | | | | |
| 1100 | Photographs | | | | |
| 1101 | Text Messages | | | | |
| 1102 | Phone Extraction Report | | | | |
| 1103 | Evidence Log (if applicable) | | | | |
| . | | | | | |
| | *STIPULATIONS (Tentative)* | | | | |
| 1200 | Capitol Building & Grounds | | | | |
| 1201 | Certification of Electoral College Vote | | | | |
| 1202 | Federally Protected Function | | | | |
| 1203 | Officers from USCP & MPD | | | | |
| 1204 | USCP Closed-Circuit Video | | | | |
| 1205 | House & Senate Video Montage | | | | |
| 1206 | USCP CCV Montage | | | | |
| 1207 | Body Worn Camera | | | | |
| 1208 | Open Source Videos and Images | | | | |
| 1209 | Other January 6 Defendant Videos | | | | |
| 1210 | Google Account | | | | |
| 1211 | Identity | | | | |
| 1212 | Cellular Phone & Extraction | | | | |
| 1213 | Physical Items & SW Photos | | | | |
| | | | | | |
| | *UNITED STATES SECRET SERVICE* | | | | |
| 1300 | Head of State Notification | | | | |
| 1301 | Head of State Worksheet | | | | |
| 1302 | USCP CCV Capitol East Front | | | | |
| 1303 | Glavey Radio Call 1 | | | | |
| 1304 | Glavey Radio Call 2 | | | | |
| 1305 | Glavey Radio Call 3 | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 1306 | USCP CCV Senate Members Staircase | | | | |