UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:21-CR-725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S TRIAL EXHIBITS

| Ex. No. | Description of Exhibit | Produced to Govt.? |
| --- | --- | --- |
| 1 | Slideshow of Photos of Defendant & Family or Friends | Yes |
| 2 | CDU Operational Plan for the USCP | Yes |
| 3 | OPR Interview with Inspector Robert Glover | |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | |
| 5 | DC-001-00000001[37] | |
| 6 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | |
| 7 | Photo of Stop Pence and Trump Protest Flyer | |
| 8 | Schedule for Wednesday January 6th 2021 | Yes |
| 9 | Open Source Video Protestors 3 | |

| 10 | U.S. Capitol Grounds Demonstration Area Map | |
| --- | --- | --- |
| 11 | USCP-011-00055405_image | |
| 12 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | |
| 13 | USCPJanuary-6-Timeline[25142] | |
| 14 | gao-22-104829[25148] | |
| 15 | MPD-001-00000034[25146] | |
| 16 | DC-FirstAmendment | |
| 17 | USCPJan.6Timeline[25122] | |
| 18 | Open source video of J6 2 | |
| 19 | Open source video of J6 3 | |
| 20 | Open source video of J6 4 | Yes |
| 21 | Open source video of J6 5 | Yes |
| 22 | Open Source Video of J6 6 | Yes |
| 23 | Open source video of J6 7 | |
| 24 | 5 Demonstration Permits for J6 | Yes |
| 25 | Crosstabs DC 011822[25099] | Yes |

| | | |
|---|---|---|
| 26 | Pictures and Videos pertaining to #NWScaffoldCommander | Yes |
| 27 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_14h30min00s000ms | |
| 28 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h05min00s000ms | |
| 29 | 0176-CI-3459773_0000007_1A0000007_0000001 | |
| 30 | 0176-CI-3459773_0000012_1A0000025_0000002 (1) | Yes |
| 31 | 0176-CI-3459773_0000012_1A0000025_0000002 | Yes |
| 32 | 0176-CI-3459773_0000019_1A0000039_0000003 | Yes |
| 33 | 0176-CI-3459773_0000019_1A0000039_0000004 | Yes |
| 34 | 0176-CI-3521583_0000013_1A0000023_0000002 | Yes |
| 35 | 0176-CI-3521583_0000013_1A0000023_0000004 | Yes |
| 36 | 0402 USCH 01 Crypt North-2021-01-06_14h20min00s000ms | |
| 37 | 20210106_141807 - Horvath, Jennifer | Yes |
| 38 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | Yes |

6

/s/ JOHN M. PIERCE
John Pierce LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172 Woodland Hills, CA 91367
(213) 279-7846  jpierce@johnpiercelaw.com
*Attorney for Defendant*
*Jared Samuel Kastner*


**BARKET LAWYERS**
CONCORDE BUILDING - 7TH FLOOR
66 W. FLAGLER STREET
MIAMI, FL, 33130
TELE: (305) 373-6711
DYLAN@BARKETLAWYERS.COM
PLEADINGS@BARKETLAWYERS.COM

<u>/s/Dylan G. Barket, Esq.</u>
FBN: 1026381