UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S TRIAL EXHIBITS**

| *Ex. No.* | *Description of Exhibit* |
|---|---|
| 1 | Slideshow of Photos of Defendant & Family or Friends |
| 2 | CDU Operational Plan for the USCP |
| 3 | DC-001-00000001[37] |
| 4 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. |
| 5 | Protestor Talking about J6 1 |
| 6 | Schedule for Wednesday January 6th 2021 |
| 7 | Protestor Talking about J6 1 |
| 8 | U.S. Capitol Grounds Demonstration Area Map |
| 9 | Guidelines For Conducting an Event on United States Capitol Grounds_December 2019 |
| 10 | USCP-011-00055405_image |

| | |
|---|---|
| 11 | Muriel Bowser Tweet |
| 12 | Murial Bowser Announcement |
| 13 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS |
| 14 | HSEMA letter to Gen Walker 12_31_20[25141] |
| 15 | USCPJanuary-6-Timeline[25142] |
| 16 | MPD-001-00000034[25146] |
| 17 | DODIG-2022-039 V2 508[25149] |
| 18 | 04.29.22._-_comms_oag_odag_-_interim[25153] |
| 19 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] |
| 20 | PLAW-115publ435[25139] |
| 21 | DC-FirstAmendment |
| 22 | USCPJan.6Timeline[25122] |
| 23 | gao-22-104829[25121] |

| | |
|---|---|
| 24 | Open source video of J6 2 |
| 25 | Open source video of J6 3 |
| 26 | Open source video of J6 4 |
| 27 | Open source video of J6 5 |
| 28 | Open Source Video of J6 6 |
| 29 | Open source video of J6 7 |
| 30 | 5 Demonstration Permits for J6 |
| 31 | Frequencies DC 011822[25098] |
| 32 | 0102 I USCS 01 Senate Wing Door near S139-2021-01- 06_14h30min00s000ms |
| 33 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h05min00s000ms |
| 34 | 0176-CI-3459773_0000007_1A0000007_0000001 |
| 35 | 0176-CI-3459773_0000012_1A0000025_0000002 |
| 36 | 0176-CI-3459773_0000019_1A0000039_0000003 |
| 37 | 0176-CI-3459773_0000019_1A0000039_0000004 |
| 38 | 0176-CI-3521583_0000013_1A0000023_0000002 |
| 39 | 0176-CI-3521583_0000013_1A0000023_0000004 |
| 40 | 0402 USCH 01 Crypt North-2021-01-06_14h20min00s000ms |
| 41 | 20210106_141807 - Horvath, Jennifer |
| 42 | Kastner, Jared Samuel 12.27.22 |

| 43 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows |
|----|-------------------------------------------------------------------|

*/s/* JOHN M. PIERCE
John Pierce LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172 Woodland Hills, CA 91367
(213) 279-7846  jpierce@johnpiercelaw.com
*Attorney for Defendant*
*Jared Samuel Kastner*


/s/Dylan G. Barket, Esq.
FBN: 1026381
*Co-Counsel for Defendant*
*Jared Samuel Kastner*