## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA :**
                                        **:**
**v.**                                  **:**          **Case No. 1:21-CR-725 (RDM)**

                                        **:**
**JARED SAMUEL KASTNER**                **:**
                                        **:**
                                        **:**
**Defendants.**                         **:**

## MOTION TO WITHDRAW AS CO-COUNSEL OR IN THE ALTERNATIVE TO EXCUSE APPEARANCE AT TRIAL

**COMES NOW,** Dylan G. Barket, as Co-Counsel for Defendant Jared Samuel Kastner, and files this Motion to Withdraw as co-counsel or in the alternative to excuse appearance at trial, and would state unto this Honorable Court the following:

1. On July 18, 2023, undersigned counsel filed this Notice of Appearance as co-counsel in the undersigned matter.

2. On March 05, 2024, Partner of John Pierce Law P.C, Mr. Roger Roots filed this Notice of Appearance in the undersigned matter.

3. Co-counsel is no longer needed in this matter, and respectfully request an Order of Withdrawal or excusal of at Trial / Pre-Trial Conference.

4. Counsel has spoken with the Defendant, who does not have an issue with this withdrawal or excusal.

**WHEREFORE**, undersigned counsel prays this Honorable Court enters an Order granting such withdrawal or allowing the excusal of co-counsel at trial.

Respectfully Submitted,

/s/Dylan G. Barket, Esq.
Florida Bar Number: 1026381
DC DISTRICT ID: FL00128

## CERTIFICATE OF SERVICE

I certify that on this 29th day of March 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.