UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:21-CR-725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S TRIAL EXHIBITS**

| *Ex. No.* | *Description of Exhibit* |
| --- | --- |
| 1 | Slideshow of Photos of Defendant & Family or Friends |
| 2 | CDU Operational Plan for the USCP |
| 3 | DC-001-00000001[37] |
| 4 | ~~Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th.~~ |
| ~~5~~ | ~~Protestor Talking about J6 1~~ |
| 6 | Schedule for Wednesday January 6th 2021 |
| ~~7~~ | ~~Protestor Talking about J6 1~~ |
| 8 | U.S. Capitol Grounds Demonstration Area Map |
| ~~9~~ | ~~Guidelines For Conducting an Event on United States Capitol Grounds_December 2019~~ |
| ~~10~~ | ~~USCP-011-00055405_image~~ |

| | |
|---|---|
| ~~11~~ | ~~Muriel Bowser Tweet~~ |
| ~~12~~ | ~~Murial Bowser Announcement~~ |
| ~~13~~ | ~~Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS~~ |
| ~~14~~ | ~~HSEMA letter to Gen Walker 12_31_20[25141]~~ |
| ~~15~~ | ~~USCPJanuary-6-Timeline[25142]~~ |
| 16 | MPD-001-00000034[25146] |
| ~~17~~ | ~~DODIG-2022-039 V2 508[25149]~~ |
| ~~18~~ | ~~04.29.22._-_comms_oag_odag_-_interim[25153]~~ |
| ~~19~~ | ~~07.15.22._-_january_4_2021_meeting_doj_dod[25152]~~ |
| ~~20~~ | ~~PLAW-115publ435[25139]~~ |
| ~~21~~ | ~~DC-FirstAmendment~~ |
| 22 | USCPJan.6Timeline[25122] |
| ~~23~~ | ~~gao-22-104829[25121]~~ |

| | |
|---|---|
| 24 | Open source video of J6 2 |
| 25 | Open source video of J6 3 |
| 26 | Open source video of J6 4 |
| 27 | Open source video of J6 5 |
| 28 | Open Source Video of J6 6 |
| 29 | Open source video of J6 7 |
| 30 | 5 Demonstration Permits for J6 |
| ~~31~~ | ~~Frequencies DC 011822[25098]~~ |
| 32 | 0102 I USCS 01 Senate Wing Door near S139-2021-01- 06_14h30min00s000ms |
| 33 | 0102 USCS 01 Senate Wing Door near S139-2021-01-06_14h05min00s000ms |
| 34 | 0176-CI-3459773_0000007_1A0000007_0000001 |
| 35 | 0176-CI-3459773_0000012_1A0000025_0000002 |
| 36 | 0176-CI-3459773_0000019_1A0000039_0000003 |
| 37 | 0176-CI-3459773_0000019_1A0000039_0000004 |
| 38 | 0176-CI-3521583_0000013_1A0000023_0000002 |
| 39 | 0176-CI-3521583_0000013_1A0000023_0000004 |
| 40 | 0402 USCH 01 Crypt North-2021-01-06_14h20min00s000ms |
| 41 | 20210106_141807 - Horvath, Jennifer |
| ~~42~~ | ~~Kastner, Jared Samuel 12.27.22~~ |

| 43 | ~~Trump Supporters Stop Anarchists from Breaking US Capitol Windows~~ |

*/s/* JOHN M. PIERCE
John Pierce LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172 Woodland Hills, CA 91367
(213) 279-7846  jpierce@johnpiercelaw.com
*Attorney for Defendant*
*Jared Samuel Kastner*