CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JARED SAMUEL KASTNER

Civil/Criminal No.: 21-CR-725 (1) (MAU)

**NOTE FROM JURY**

We have reached a unanimous verdict of all four counts.

Date: 4/11/24

Time: 5:35pm