UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : No.: 1:21-CR-725 (MAU)
:
JARED SAMUEL KASTNER, :
    Defendant. :
:

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS* | | | | | |
| 001.1 | USCP CCV Montage (Version 1)[1] | | | | |
| 002 | U.S. House & Senate Video Montage[2] | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 002.1 | U.S. House & Senate Video Montage and USCP CCV Crypt (Rear View) Synchronized[3] | TA | 4.8.24 | 4.8.24 | 4.8.24 |
| 003 | Withdrawn | | | | |
| 004 | U.S. Capitol Building & Grounds – 1946 Survey Map | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 005 | U.S. Capitol Building & Grounds – Restricted Perimeter Map | CM | 4.4.24 | 4.4.24 | 4.8.24 4.4.24 |
| 006 | U.S. Capitol Building & Grounds – Aerial View | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 007 | U.S. Capitol Building – 3D Map | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 007.1 | U.S. Capitol Building – 3D Map (NW Lawn) | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 007.2 | U.S. Capitol Building – 3D Map (NW Terrace) | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 008 | Withdrawn | | | | |
| 009 | Photograph of Capitol Grounds & USCP "Area Closed" Signs | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 009.1 | USCP Area Closed Signs | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 009.2 | USCP Area Closed Signs | CM | 4.4.24 | 4.4.24 | 4.4.24 |

---

[1] Entire video.
[2] Entire video.
[3] Entire video.

1

| | | | | | |
|---|---|---|---|---|---|
| 009.3 | USCP Area Closed Signs | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 009.4 | USCP Area Closed Signs | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 009.5 | USCP Area Closed Sign | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 010 | Withdrawn | | | | |
| 011 | Withdrawn | | | | |
| 012 | Area Closed Sign (physical) | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 013 | U.S. Capitol Building First Floor Plan | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 014 | U.S. Capitol Building & Grounds (West Front) Time Lapse Video[4] | CM | 4.4.24 | 4.4.24 | 4.8.24 4.4.24 |
| 015 | Withdrawn | | | | |
| 016 | Trump Rally Video (Captioned)[5] | TA | 4.8.24 | 4.8.24 | 4.8.24 |
| | | | | | |
| | **_U.S. CAPITOL POLICE CLOSED-CIRCUIT VIDEO_** | | | | |
| 100A | USCP CCV Senate Wing Door at 08:00-09:00 | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 100B | USCP CCV Senate Wing Door at 12:00 – 14:00 | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 100C | USCP CCV Senate Wing Door at 26:00 – 28:00 | CM | 4.4.24 | 4.4.24 | 4.4.24 |
| 100.1 | USCP CCV Senate Wing Door – Synchronized[6] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 101A | USCP CCV Crypt (Side View) at 00:00 – 10:00 | CM | 4.4.24 | 4.4.24 | 4.4/8.24 |
| 102A | USCP CCV Crypt (Rear View) at 10:00 – 11:00 | CM | 4.4.24 | 4.4.24 | 4.4/8.24 |
| 102.1 | USCP CCV Crypt (Rear View) - Enhanced[7] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 103A | USCP CCV NW Steps (Midpoint) | CM | 4.4.24 | 4.4.24 | 4.8.24 |
| 104A | USCP CCV NW Steps (Midpoint) Screenshot at 0:00 | CM | 4.4.24 | 4.4.24 | 4.8.24 |
| 104B | USCP CCV NW Steps (Midpoint) at 04:00 – 07:00 | CM | 4.4.24 | 4.4.24 | 4.8.24 |
| 105 | USCP CCV NW Courtyard/Upper Plaza[8] | CM | 4.4.24 | 4.4.24 | 4.8.24 |
| 105.1 | USCP CCV NW Courtyard/Upper Plaza - Enhanced[9] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| | | | | | |
| | **_OPEN SOURCE VIDEO & IMAGES_** | | | | |
| 200 | Withdrawn | | | | |
| 201 | Withdrawn | | | | |

---

[4] Entire video.
[5] Entire video.
[6] Entire video.
[7] Entire video.
[8] Timecodes 01:00-2:00, 03:00-4:00.
[9] Entire video.

| | | | | | |
|---|---|---|---|---|---|
| 202 | Withdrawn | | | | |
| 203 | BGONTHESCENE_Capitol_Video_Kastner_2 [10] | OE | 4.4.24 | 4.4.24 | 4.9.24 4.4.24 |
| 204 | Withdrawn | | | | |
| 205A | Extended Footage Charts Rioters Breaking Into Capitol And Battling Police at 24:20 – 24:40 | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |
| 206 | Withdrawn | | | | |
| 207A | Facebook stephen.horn.562114 at 09:00 – 11:00 | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 208 | gettyimages-1295317532-640_adpp [11] | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 208.1 | gettyimages-1295317532-640_adpp Screenshot at 2:40 | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 208.2 | gettyimages-1295317532-640_adpp Screenshot at 2:42 | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |
| 209 | IMG_0602 | JG | 4.8.24 | 4.8.24 | 4.819.24 |
| 210 | IMG_0850 [12] | JG | 4.8.24 | 4.8.24 | 4.819.24 |
| 211 | IMG_3459 [13] | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 211.1 | IMG_3459 – Screenshot | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 212 | IMG_20210106_144358_3 | JG | 4.8.24 | 4.8.24 | 4.9.24 |
| 213 | Withdrawn | | | | |
| 214 | Withdrawn | | | | |
| 215A | Nick Quested 2021-01-06 InsideCaptiol-Color Corrected at 00:00 – 00:30 | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |
| 215B | Nick Quested 2021-01-06 InsideCaptiol-Color Corrected at 14:00 – 16:00 | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |
| 215C | Nick Quested 2021-01-06 InsideCaptiol-Color Corrected at 17:00 – 18:00 | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |
| 215.1 | Nick Quested 2021-01-06 InsideCaptiol-Color Corrected – Enhanced [14] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 216A | Parler The Patri0t An EXTREMELY up close view of the Capitol Riot at 19:00 – 19:30 | TA | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |

---

[10] Entire video.
[11] Timecode 02:00-02:45.
[12] Entire video.
[13] Entire video.
[14] Entire video.

3

| | | | | | |
|---|---|---|---|---|---|
| 217 | Parler_7iB22C7LbbNy[15] | JG | 4.8.24 | 4.8.24 | 4.9.24 |
| 218 | YouTube Joseph A. Camp (CampJosephA) Joey Camp 2020 - U.S. Capitol 01.06.2021[16] | JG | 4.8.24 | 4.8.24 | 4.9.24 |
| 219 | Withdrawn | | | | |
| 219.1 | YouTube Logan M (TheOriginalUberfetus) DC Report DSLR Story Eyewitness Testimony Jan 6 DC Screenshot at 1:25:51 | JG | 4.8.24 | 4.8.24 | |
| 220A | YouTube Michigan Constitutional Crusader (UCbMi18KmKXRb79716KgnVOA) US Capital Building surrounded by citizens breaking~1 at 11:00 – 12:30 | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |
| 221 | Kastner at UWT | OE | 4.4.24 | 4.8.24 | 4.8.24 |
| 222 | Withdrawn | | | | |
| 223A | BGOnTheGo_Video at 06:38 – 06:59 | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 223B | BGOnTheGo_Video Screenshot at 09:38 | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 223C | BGOnTheGo_Video at 09:39 – 11:00 | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 223.1 | BGOnTheGo_Video 1 – Synchronized[17] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| | ***OTHER JANUARY 6 DEFENDANT VIDEO*** | | | | |
| 300 | 20210106_141807 - Horvath, Jennifer[18] | CM | 4.4.24 | 4.4.24 | 4.9.24 |
| 301 | GH010089 - Cruz, Lloyd[19] | JG | 4.8.24 | 4.8.24 | 4.8.24 |
| 301.1 | GH010089 - Cruz, Lloyd - Enhanced[20] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 302A | GH010091 - Cruz, Lloyd Screenshot at 03:11 | TA | 4.8.24 | 4.8.24 | 4.8.24 |
| 303 | IMG_0212 - Uptmore, Chance[21] | JG | 4.8.24 | 4.8.24 | 4.8/9.24 |
| 303.1 | IMG_0212 - Uptmore, Chance – Enhanced[22] | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 304 | Withdrawn | | | | |
| 305 | Part 1 GX020291 - Rahm, James[23] | TA | 4.8.24 | 4.8.24 | 4.8.24 |
| 306 | unified_message_1545772405622211 - Jancart, Derek[24] | JG | 4.8.24 | 4.8.24 | 4.9.24 4.8.24 |

---

[15] Timecode 00:10.
[16] Timecode 00:00.
[17] Entire video.
[18] Entire video.
[19] Timecodes 05:30-06:00, 07:00-08:00.
[20] Entire video.
[21] Entire video.
[22] Entire video.
[23] Timecode 06:00-08:52.
[24] Entire video.

| | PHOTOGRAPHS | | | | |
|---|---|---|---|---|---|
| 600 | Driver's License Photograph | KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 601 | Withdrawn | | | | |
| 601.02 | SW Photo – House | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 601.52 | SW Photo – Cellphone | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 601.53 | SW Photo – Cellphone | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 601.93 | Withdrawn | | | | |
| | PHYSICAL EVIDENCE | | | | |
| 700 | Withdrawn | | | | |
| 701 | Reserved | | | | |
| | GOOGLE ACCOUNT | | | | |
| 800 | Google Account | AK/KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 801 | Device Data | AK/KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 802 | Chrome Activity (1) | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 803 | Chrome Activity (2) | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 804 | Chrome Activity (3) | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 805 | Reserved | | | | |
| 806 | Chrome Activity (5) | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 807 | Reserved | | | | |
| 808 | Reserved | | | | |
| 809 | Reserved | | | | |
| 810 | Image Search (1) | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 811 | Location History 1.5.21 to 1.7.21.JPG | AK/KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 812 | Location History 1.6.21.JPG | AK/KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 813 | Location History U.S. Capitol 1.6.21.JPG | AK/KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 814 | Location History Washington D.C. 1.6.21.JPG | AK/KM | 4.9.24 | 4.9.24 | 4.9.24 |
| 815 | Luke Faulkner DC | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 816 | Parking Garage Ticket | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 817 | The Lodge on the Trail Payment Receipt | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 818 | Venmo Open Source | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 819 | Venmo Payment | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 820 | Reserved | | | | |
| | LEGAL AUTHORITY | | | | |
| 1000 | U.S. Constitution, Amendment XII | CM | 4.4.24 | 4.4.24 | |
| 1001 | Withdrawn | | | | |
| 1002 | Withdrawn | | | | |
| 1003 | Withdrawn | | | | |

5

| | | | | | |
|---|---|---|---|---|---|
| 1004 | Withdrawn | | | | |
| 1005 | Concurrent Resolution | CM | 4.4.24 | 4.4.24 | |
| 1006 | Congressional Records House of Representatives 117th Session | CM | 4.4.24 | 4.4.24 | |
| 1007 | Congressional Records Senate 117th Session | CM | 4.4.24 | 4.4.24 | |
| | | | | | |
| | **CELLULAR PHONE** | | | | |
| 1100.01-73 | Photographs | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 1101 | Text Messages | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 1102 | Phone Extraction Report | AK | 4.9.24 | 4.9.24 | 4.9.24 |
| 1103 | Withdrawn | | | | |
| | | | | | |
| | **SUZZANNE MONK EXHIBITS** | | | | |
| 1200 | Monk X (formerly known as Twitter) Post dated 03/16/2024 re: A little sumpin sumpin for my haters | SM | 4.10.24 | 4.10.24 | 4.10.24 |
| 1201 | Monk X (formerly known as Twitter) Post dated 03/23/2024 re: I want to make something very clear. | SM | 4.10.24 | 4.10.24 | 4.10.24 |
| 1202 | Monk X (formerly known as Twitter) Post dated 03/15/2024 re: 1 million percent yes. | SM | 4.10.24 | 4.10.24 | 4.10.24 |
| | | | | | |
| | **UNITED STATES SECRET SERVICE** | | | | |
| 1300 | Head of State Notification | LH | 4.8.24 | 4.8.24 | 4.8.24 |
| 1301 | Head of State Worksheet | LH | 4.8.24 | 4.8.24 | 4.8.24 |
| 1302 | USCP CCV Capitol East Front[25] | CM | 4.4.24 | 4.4.24 | 4.8.24 |
| 1303 | Withdrawn | | | | |
| 1304 | Withdrawn | | | | |
| 1305 | Withdrawn | | | | |
| 1306 | USCP CCV Senate Members Staircase[26] | CM | 4.4.24 | 4.4.24 | 4.8.24 |

---

[25] Entire video.
[26] Entire video.