| Government | ☐ |
|------------|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

JARED SAMUEL KASTNER

Civil/Criminal No. 21-CR-725-1 (MAU)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2 | CDU Operational Plan for the USCP | 4/4/2024 | 4/4/2024 | Carneysha Mendoza | 4/11/2024 5:00pm |
| 8 | U.S. Capitol Grounds Demonstration Area Map | 4/4/2024 | 4/4/2024 | Carneysha Mendoza | 4/11/2024 5:00pm |
| 24 | Open source video of J6 2 | 4/10/2024 | 4/10/2024 | Jared Kastner | 4/11/2024 5:00pm |
| 25 | Open source video of J6 3 | 4/10/2024 | 4/10/2024 | Jared Kastner | 4/11/2024 5:00pm |
| 27 | Open source video of J6 5 | 4/10/2024 | 4/10/2024 | Jared Kastner | 4/11/2024 5:00pm |
| 28 | Open Source Video of J6 6 | 4/10/2024 | 4/10/2024 | Jared Kastner | 4/11/2024 5:00pm |
| 46 | MAGA+MAP+GUIDE+pg 4 | 4/11/2024 | 4/11/2024 | Jared Kastner | 4/11/2024 5:00pm |
| | | | | | |
| | | | | | |
| | | | | | |