

 GiveSendGo
SHINE BRIGHTLY



Give                    Share                    Pray

# Jared Kastner



Campaign Created by: **NCLU**

The funds from this campaign will be received by National Constitutional Law Union Inc.

Goal: **USD $100,000**

Raised: **USD $ 0**

My wife and I's 2nd Amendment rights are being unlawfully restricted by pretrial conditions imposed by the federal district court. I am a January 6th defendant, being charged with four nonviolent misdemeanors. As a condition of my release, I am not allowed to possess firearms ~~or~~, place where there are firearms. It was even ordered that I am not allowed to be in the proximity of firearms. Also, my wife is not allowed to possess firearms so long as she resides with me. I am opposing these conditions and moving the court to right their wrong and give back my wife and I's constitutional rights.

Need Help?

      Q

Give

that I possess no firearms.

Since then, I have been fighting to regain my right to keep and bear arms. I carried a concealed handgun frequently before my arrest: to protect myself, my loved ones, my church, my community, and my fellow Americans. I served on the security team at my local church. I have never committed or been charged with any violent offense. I have never had any weapons mishap or incident. I have lived as a peaceful law-abiding, patriotic American and a civil servant for the United States Air Force.

The misdemeanors I am being charged with, that I am not guilty of, if convicted would not disqualify me from possessing firearms. It is not alleged by the court that I endangered anyone on or around January 6th, nor that I am in any way a danger to the public. It is only claimed that the armed pretrial service officer would be endangered by the mere presence of firearms in my residence during a home visit. No home visits are required or planned at this time, only one has been conducted in the fourteen months of my release.

I am asking for your support in this fight. I believe it is the duty of all Americans to defend the rights that were given to us by our forefathers and secured by the blood of patriots who gave their lives to win our freedom. That is why I must do everything I can to fight for the rights this court has unlawfully taken away.

**Read less**



## UPDATES

*Follow this campaign to get email notifications when the campaign owner posts an update.*

Case 1:21-cr-00725-MAU Document 194-1 Filed 09/09/24 Page 3 of 4





Give



## PRAYER REQUESTS

Click the Pray button to let the campaign owner know you are praying for them.

PRAY



GiveSendGo, the place where help and hope go hand in hand.

**Start a GiveSendGo**



Select Language ▼





SHINE BRIGHTLY

Give

| Blog | Jobs | Press | Contact Us |
| Testimonies | Prayer Wall | Pricing and Fees | Terms of Use |
| GiveSendGo Tips | Giver Army | Help Center | Privacy Policy |

© 2023 --- GiveSendGo