UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| Defendant. | | |

### DEFENDANTS MOTION TO CONVERT SENTENCING HEARING TO ZOOM

Comes Now, Defendant Jared Kastner, who requests that the sentencing hearing set for 9/25/2024 at 1:00 PM in Courtroom 5, be converted to a Zoom, as Client would have significant difficulty to pay for his travel expenses, has no ability to pay Counsel for their time or travel, and Counsel would have great difficulty covering the travel costs for himself and his team.

Kastner is a brand-new father, with a newborn baby. Kastner has had a near perfect record of pretrial compliance, reporting, and appearance at all hearings, trials, and court dates. Kastner is a zero-point, first-time offender who is facing sentencing on misdemeanors only.

Whether to allow for sentencing by zoom is within the discretion of the Court.  Judges Cobb, Chutkan, Nichols, Cooper, and Walton have all allowed for

1

sentencing via zoom of misdemeanants in similar cases.

Dated: September 14, 2024                                                                                 Respectfully Submitted,

/s/ John M. Pierce
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, September 14, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce