# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.21-CR-00725 (MAU) |
| | : | |
| JARED SAMUEL KASTNER, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT JARED KASTNER'S REPLY TO GOVERNMENT'S OPPOSITION TO ZOOM SENTENCING.

COMES NOW the Defendant, Jared Kastner, with this Reply to the Government's Opposition to Zoom Sentencing.

First, the decision to hold a sentencing by Zoom, or to require personal presence is entirely within the discretion of the trial court. Kastner and his two attorneys reside at three separate locations thousands of miles apart. Kastner resides in Indiana; Attorney Pierce resides in Florida; Attorney Roots resides in Montana.

Contrary to the government's assertions, travel for all three to the District of Columbia will place a significant hardship upon Kastner. Kastner's newborn child requires his presence at home. Kastner's meagre legal fund donations have long ago been spent on his legal defense and Kastner still owes thousands in legal bills.

Kastner attaches his waiver of personal appearance.

Kastner's Counsel's Medical Issues.

Additionally, Kastner's counsel are dealing with medical issues that further complicate travel to D.C. on the 25th.  Kastner attaches a declaration and doctor's note under seal.

Alternatively, Kastner requests a continuance until mid November if the Court requires personal presence at sentencing.

September 17, 2024                           **RESPECTFULLY SUBMITED,**

                                          */s/ Roger Roots*
                              Roger Roots, Esq.
                                      *Counsel for Defendant*
Roger Roots
10 Dorrance Street
Suite 700 #649
Providence, RI 02903
775-764-9347
rroots@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to all attorneys of record.

      */s/ Roger Roots*

      Roger Roots