UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case: 21-cr-725-RDM-MAU |
| | : | |
| JARED SAMUEL KASTNER | : | |
| | : | |
| Defendant. | : | |

_____

# DEFENDANT JARED KASTNER'S MOTION FOR A 45-DAY CONTINUANCE TO REPORT TO PRISON DUE TO EXTREME HARDSHIP.

Defendant Kastner, by and through his attorney of record John Pierce, Esq., hereby respectfully requests that the Court direct that the Defendant Jared Kastner report to prison to begin serving his sentence of five (5) months delayed by 45 days, and for his reasons states as follows:

On October 23, 2024, the Honorable Magistrate Judge Moxila A. Upadhyaya heard the Defendant's sentencing proceedings. The Magistrate sentenced Jared Kastner to 5 months in jail for four misdemeanor offenses.

Kastner has one newborn baby and one 15 month old toddler at home and his wife is in recovery from her pregnancy. Kastner works two jobs to support the household. Kastner expected to have an additional month to try to save enough

money to keep the household afloat before self-surrendering to his prison term. Unfortunately, the Justice Department has directed him to self-report to MCI-Chicago on December 23—the day before Christmas Eve.

**A surrender date calculated for cruelty.**

The arrangements for reporting for Kastner's 5 month prison sentence seem calculated for cruelty. Kastner is active in Christmas preparations at his church and this report date will deprive Kastner's newborn daughter of her first Christmas with her father.

Jared Kastner has two daughters, A.J., 15 months old, and D.M., 3 months old. Kastner is needed to assist in the care of both his wife and his 3 month old daughter while his wife is recovering from giving birth. Kastner's 5-month prison term will leave his family of four in a household without financial support.

The family has no savings and Kastner's wife cannot pay the family bills without Jared Kastner working. Another 45 days would allow Kastner to save up some more money for his family and for his wife to transition and work on getting a job. Kastner's wife Kaitlin is breast-feeding her infant and will need to find employment which will accommodate her physical needs as well as an unusual schedule. Kaitlin also needs Jared Kastner to help care for the daughters while she drives to job interviews.

Also, Jared Kastner lives near Lexington, Indiana.  He is being asked to report to Chicago, Illinois about 280 miles away.  Travelling to see him there would be financially prohibitive for Kastner's wife and family.

A sentence of five months is a significant punishment and a burden imposed upon the defendant for a first-time misdemeanor case.  However, it is not so long or severe as to matter one way or the other to the Government when the prison term is served.  It is hard for the Government to argue that it makes a difference to the Government whether the sentence is served so as to disrupt Kastner's family holidays or not.

Kastner was not convicted of any act of violence or property damage, only trespassing, disorderly conduct, and parading in the U.S. Capitol.

Meanwhile, the 1984 Sentencing Reform Act does not authorize ancillary punishments such as separating a young family over Christmas just when a new baby is being welcomed into the family.  Magistrate Upadhyaya did not include in her sentencing any such act or detail of emotional stress or torment.  If there were an intentional plan to inflict emotional pain, it was not a part of the sentence that Magistrate Upadhyaya decreed.

Finally, Kastner has filed a notice of appeal and will be awaiting the results of the appeal.

Dated December 10, 2024                    RESPECTFULLY SUBMITTED,

                                                   */s/ Roger I. Roots*
                                                  Roger I. Roots
                                                  John Pierce Law Firm
                                                  21550 Oxnard Street,
                                                  3rd Floor PMB #172
                                                  Woodland Hills, CA
                                                  rroots@johnpiercelaw.com

### **CERTIFICATE OF SERVICE**

I hereby certify and attest that on December 10, 2024, I uploaded this document to the Court's ECF electronic filing system, thereby serving the document on counsel of record for all parties, including Assistant U.S. Attorneys:

        **Cytheria Jernigan**
        U.S. ATTORNEY'S OFFICE
        300 Fannin Street Suite 3201
        Shreveport, LA 71101
        318-676-3611
        Fax: 318-676-3663
        Email: cytheria.jernigan@usdoj.gov
        *Designation: Assistant U.S. Attorney*

        **Will Widman**
        DOJ-CRM
        1301 New York Avenue NW
        Washington, DC 20530
        (202) 353-8611
        Email: will.widman@usdoj.gov
        *Designation: Assistant U.S. Attorney*

        **Karen E. Rochlin**
        DOJ-USAO
        99 Northeast 4th Street
        Miami, FL 33132

       305-961-9234
       Email: karen.rochlin@usdoj.gov

*/s/ Roger I. Roots*