UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
            :
v.            :  Case: 21-cr-725-RDM-MAU
            :
JARED SAMUEL KASTNER  :
            :
Defendant.       :
_____

**DEFENDANT JARED KASTNER'S REPLY TO GOVERNMENT'S OPPOSITION TO KASTNER'S MOTION FOR A 45-DAY CONTINUANCE TO REPORT TO PRISON DUE TO EXTREME HARDSHIP.**

Defendant Kastner, by and through his attorney of record Roger Roots, Esq., hereby replies to the United States' opposition to Kastner's motion for 45 day continuance to report to prison.

 Kastner's motion is based on his extreme hardship.  Kastner needs this 45-day period to work and collect sufficient savings to keep his household afloat while he serves his 5-month prison sentence.  Additionally, Kastner's wife needs this time to apply for jobs with sufficient flexibility to allow her to work while attending to Kastner's two young children.

 The government has introduced a notion regarding campaign promises of a presidential candidate to pardon or extend clemency in some January 6 cases.

Such campaign promises are nothing but rhetoric and Kastner has no knowledge nor belief any pardon or clemency will extend to him. In any case, Kastner knows of no precedent or source of law to grant or deny a motion for continuance based on political campaign slogans.

Dated December 12, 2024                    RESPECTFULLY SUBMITTED,
                                           /s/ Roger I. Roots
                                           Roger I. Roots
                                           John Pierce Law Firm
                                           21550 Oxnard Street,
                                           3rd Floor PMB #172
                                           Woodland Hills, CA

                                           rroots@johnpiercelaw.com

CERTIFICATE OF SERVICE

I hereby certify and attest that on December 12, 2024, I uploaded this document to the Court's ECF electronic filing system, thereby serving the document on counsel of record for all parties, including Assistant U.S. Attorneys:

Cytheria Jernigan

U.S. ATTORNEY'S OFFICE

300 Fannin Street Suite 3201

Shreveport, LA 71101

318-676-3611

Fax: 318-676-3663

Email: cytheria.jernigan@usdoj.gov

Designation: Assistant U.S. Attorney

Will Widman
DOJ-CRM
1301 New York Avenue NW
Washington, DC 20530
(202) 353-8611
Email: will.widman@usdoj.gov
Designation: Assistant U.S. Attorney

Karen E. Rochlin
DOJ-USAO
99 Northeast 4th Street
Miami, FL 33132

305-961-9234
Email: karen.rochlin@usdoj.gov

/s/ Roger I. Roots