UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARED SAMUEL KASTNER,<br><br>Defendant. | Case No.<br>21-cr-725 (MAU) |

## ORDER

Pursuant to the April 28, 2025 Mandate of the United States Court of Appeals for the District of Columbia Circuit (ECF No. 218) and Order attached thereto, it is hereby **ORDERED** that this matter as against Defendant Jared Samuel Kastner is **DISMISSED AS MOOT**. *See United States v. Schaffer*, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).

**SO ORDERED**.

Date: May 28, 2025

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge

1